UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANISSA D. CARSON, § § § **Plaintiff,** § § v. § § JOHN R. MCDEVITT, AND/OR HIS § SUCCESSOR, INDIVIDUALLY, AND § IN HIS OFFICIAL CAPACITY AS § CFO OF HOMELOAN SERVICE § INC. OF BOISE, ID, AN ENS LEGIS § BEING USED TO CONCEAL § FRAUD; AND TROY MARTIN, § AND/OR HIS SUCCESSOR, § INDIVIDUALLY, AND HIS § OFFICIAL CAPACITY AS BONIAL § & ASSOCIATES, P.C./TROY § MARTIN, SUBSTITUTE TRUSTEE, § AN ENS LEGIS BEING USED TO § CONCEAL FRAUD, § § **Defendants.** § | CIVIL NO. SA-23-CV-00494-OLG |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed September 25, 2023, concerning the Motion to Dismiss for lack of subject-matter jurisdiction, personal jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted filed by Defendant Bonial & Associates on behalf of all Defendants. (*See* R&R, Dkt. No. 6.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). Plaintiff was served with a copy of the R&R by certified mail on September 26, 2023 (*see* Dkt. No. 8), and the time to object has passed.[1]

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within fourteen days after being served with the recommendations. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court has reviewed the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 6) and, for the reasons set forth therein, Defendants' Motion to Dismiss (Dkt. No. 5) is **GRANTED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 31 day of October, 2023.

ORLANDO L. GARCIA
United States District Judge

---

P. 72(b)(2). Service is made to the last-known address of the party, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b)(2)(C).